**Order entered November 26, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00625-CV

**JENNIFER COX, Appellant**

**V.**

**DALLAS HOUSING AUTHORITY, Appellee**

On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-18-02152-D

## ORDER

The clerk's record in this case is overdue. By postcard dated July 26, 2018, we notified the Dallas County Clerk that the clerk's record was past due and directed the Dallas County Clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, we **ORDER** the Dallas County Clerk to file, within **TEN DAYS** of the date of this order, either (1) the clerk's record or (2) written verification that appellant has not paid for or made arrangements to pay for the clerk's record and that appellant has not been found entitled to proceed without payment of costs. *We notify appellant that if we receive verification appellant has not made paid for or made arrangements to pay for the clerk's record and has not been found entitled to proceed without payment of costs, we will, without further notice, dismiss the appeal. See* TEX. R. APP. P. 37.3(b).

The Clerk of the Court is **DIRECTED** to send a copy of this order to John Warren, Dallas County Clerk, and to all parties.

/s/    CAROLYN WRIGHT
         CHIEF JUSTICE